# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA**

v.  Criminal No. 6:17CR60040-001

**PAUL MERRITT, JR.**

## FINAL ORDER OF FORFEITURE

On January 8, 2018, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 18). In the Preliminary Order of Forfeiture, one Motorola 1609 cell phone no serial number, seven Samsung cell phones no serial numbers, three LG cell phones no serial numbers, one HTC cell phone no serial number, one Sharp cell phone no serial number, one Samsung Tablet no serial number, and one Nextbook tablet no serial number was forfeited to the United States pursuant to 18 U.S.C. § 2253 incorporating by reference 21 U.S.C. § 853.

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On April 16, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was May 14, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 8, 2018, shall become final at this time.

IT IS SO ORDERED this 9th day of October, 2018.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE